IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADVANCED PHYSICAL MEDICINE OF YORKVILLE, LTD., an Illinois Medical Corporation, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>MIDWEST OPERATING ENGINEERS HEALTH AND WELFARE FUND, and BLUE CROSS AND BLUE SHIELD OF ILLINOIS, an Illinois Corporation, <br><br>　　　　　Defendants. | Case No.　21-CV-1763 |

**PLAINTIFF'S RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANT BLUE CROSS AND BLUE SHIELD OF ILLINOIS**

NOW COMES the Plaintiff, Advanced Physical Medicine of Yorkville, LTD., by and through its counsel, Law Offices of McLaughlin & Associates, P.C., and hereby voluntarily dismisses its complaint, without prejudice, against Defendant Blue Cross and Blue Shield of Illinois, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: June 9, 2022　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　Law Offices of McLaughlin & Associates, P.C.

　　　　　　　　　　　　　　　　　　　　By: /s/Kenneth S. McLaughlin, Jr.
　　　　　　　　　　　　　　　　　　　　　　　One of the Plaintiff's Attorneys

Kenneth S. McLaughlin, Jr.
Law Offices of McLaughlin & Associates, P.C.
1 E. Benton St., Suite 301
Aurora, Illinois 60505
(630)-230-8434
(630) 230-8435 (fax)
kmclaughlin@ma-lawpc.com
ARDC No. 6229828