# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Advanced Physical Medicine of Yorkville, Ltd.

                                                  Plaintiff,

v.

                                                  Case No.:
1:21−cv−01763

Honorable Franklin U. Valderrama

Midwest Operating Engineers Health and Welfare Fund, et al.

                                                  Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 21, 2022:

       MINUTE entry before the Honorable Franklin U. Valderrama: The Court construes Plaintiff's Motion to Set Ruling or Hearing Date on Defendant's Motion to Dismiss [19] to be a request for decision pursuant to Local Rule 78.5 and the Clerk is directed to terminate the filing as a motion. The request is noted; the Motion to Dismiss [12] is under advisement. Pursuant to the notice of voluntary dismissal [20], Plaintiff's complaint against Defendant Blue Cross and Blue Shield of Illinois is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.